**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CAROLYN FOY,

    Plaintiff,

v.                          Case No. 6:22-cv-673-WWB-LHP

THE HOME SECURITY
SUPERSTORE, LLC,

    Defendant.

## **ORDER**

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. 9). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case. The Court does not retain jurisdiction to enforce the parties' settlement agreement.

**DONE AND ORDERED** at Orlando, Florida on May 27, 2022.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record